# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROMERO,<br><br>      Plaintiff,<br><br>    v.<br><br>JAMES YATES, et al.,<br><br>      Defendants. | Case No. 1:14-cv-01062-SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 42, 43) |

On November 9, 2016, an order issued requiring Plaintiff's attorney to show cause why sanctions should issue for the failure to comply with the scheduling order by submitting a confidential settlement statement. On November 19, 2016, Plaintiff filed a response.

Based upon Plaintiff's response, IT IS HEREBY ORDERED that the order to show cause is discharged. If the parties desire a settlement conference in this action, they may contact the Judge Oberto's courtroom deputy to obtain available dates.

IT IS SO ORDERED.

Dated: **January 25, 2017**

                                           UNITED STATES MAGISTRATE JUDGE

1