UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROMERO,<br><br>             Plaintiff,<br><br>       v.<br><br>JAMES YATES; CALIFORNIA HIGHWAY PATROL OFFICER CHRIS LANCASTER; CALIFORNIA HIGHWAY PATROL OFFICER EFRAIN JIMENEZ; AND CALIFORNIA HIGHWAY PATROL OFFICER JAVIER RUVALCABA,<br><br>             Defendants. | No. 1:14-cv-01062-SKO<br><br>ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIM UNDER 42 U.S.C. § 1983 FOR VIOLATION S OF HIS FIRST, FIFTH, AND FOURTEENTH AMENDMENT RIGHTS, AND DIRECTING THE CLERK TO TERMINATE DEFENDANTS CHRIS LANCASTER AND JAVIER RUVALCABA<br><br>(Doc. No. 45) |

On March 15, 2017, Plaintiff David Romero and Defendants James Yates, and California Highway Patrol Officers Efrain Jimenez, Chris Lancaster, and Javier Ruvalcaba filed their "Stipulation for Dismissal of Defendants California Highway Patrol Officers Chris Lancaster and Javier Ruvalcaba and Certain Claims with Prejudice" (the "Stipulation").  (Doc. No. 45.)  In view of the Stipulation, Plaintiff's claim arising under 42 U.S.C. § 1983 for violations of his First, Fifth and Fourteenth Amendment rights is DISMISSED WITH PREJUDICE.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

Furthermore, pursuant to the Stipulation, this action has been terminated as to Defendants Chris Lancaster and Javier Ruvalcaba, *see id.*; *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been DISMISSED WITH PREJUDICE as to those defendants.  Accordingly, the Clerk of the Court is directed to TERMINATE Defendants Chris Lancaster and Javier Ruvalcaba.

The case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated:   **March 16, 2017**                              /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE