# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROMERO,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES YATES,<br><br>    Defendant.<br>_____/ | Case No. 1:14-cv-01062-SKO<br><br>**ORDER ON DEFENDANT'S MOTIONS IN LIMINE**<br><br>(Docs. 78, 79) |

The Court conducted a hearing on Defendant's Motions in Limine on October 4, 2017. Plaintiffs David Romero appeared telephonically through his counsel, Steven A. Geringer, Esq., and Defendant James Yates appeared telephonically through his counsel John C. Bridges, Esq., and Peter Meshot, Esq.

As set forth on the record in open court, Defendant's Motions in Limine ("MIL") are ruled upon as follows:

    1.    Defendant's MIL No. 1 to exclude evidence referring to criminal charges brought against Plaintiff arising from the subject incident, the disposition of Plaintiff's criminal prosecution arising from the incident, including the Madera County District Attorney's decision to dismiss all charges, and the lack of criminal charges against Defendant, is GRANTED.

    2.    Defendant's MIL No. 2 to exclude evidence referring to the arrest of Plaintiff by former Defendants Lancaster, Jimenez, and Ruvalcaba, and any injuries allegedly sustained during the arrest, including photographs of Plaintiff's injuries related to the arrest, is GRANTED.

//

| | |
|---|---|
| 1 | These rulings shall be incorporated in the parties' pretrial submissions, the deadlines for |
| 2 | which are set forth in the Court's Amended Pretrial Order Continuing Trial and Certain Pretrial |
| 3 | Deadlines (Doc. 77). |

IT IS SO ORDERED.

Dated: __**October 5, 2017**__              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE