**FILED**

**JUDGMENT ENTERED**

_____
**Date**
by _____A. Timken_____
**Deputy Clerk**

**U.S. District Court**
**Eastern District of California**
__**XX**___ **FILE CLOSED**

_UNITED STATES DISTRICT COURT_

_EASTERN DISTRICT OF CALIFORNIA_

DAVID ROMERO,

     Plaintiff,

                             **JUDGMENT IN A CIVIL ACTION**

vs.

                             1:14-cv-01062 SKO

JAMES YATES,

     Defendant.
_____/

     JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

     IT IS HEREBY ORDERED AND ADJUDGED that

     JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT JAMES YATES, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 12/14/2017.

DATED:  12/14/2017

                            MARIANNE MATHERLY, Clerk

                            /S/ Alice Timken
                 By:
                            Deputy Clerk

jgm.civ
2/1/95